IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY GREENLAW,

        Plaintiff,

   v.

JEAN HILL, et al.,

        Defendants.

Civil No. 06-422-BR

ORDER

BROWN, Judge.

    Plaintiff, a former inmate at the Snake River Correctional Institution, brings this civil rights action pursuant to 42 U.S.C. § 1983 *pro se*. On December 7, 2006, Plaintiff filed a document titled "Motion:  Notice to Discontinue Proceedings of Above Caption Case," in which he stated his intent to notify the Court and counsel for Defendants that he will not further pursue this action.  The Court construes this document as a motion for voluntary dismissal, and so construed, grants Plaintiff's request.

1 - ORDER -

Accordingly, IT IS ORDERED that Plaintiff's Motion (#18) is GRANTED, and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 8th day of December, 2006.

                                          s/ Anna J. Brown
                                               ANNA J. BROWN
                                               United States District Judge